UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DORA ELISA GARZON,<br><br>                           Plaintiff,<br><br>-against-<br><br>BUILDING SERVICES INC., et al.,<br><br>                           Defendants. | Case No. 1:24-cv-05429 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On August 15, 2024, Plaintiff filed an affidavit of service of summons and complaint indicating that Defendant Building Services Inc. was served in this action on July 24, 2024. Dkt. 6. Accordingly, Defendant Building Services Inc.'s response to the complaint was due on August 14, 2024.

Also on August 15, 2024, Plaintiff filed an affidavit of service of summons and complaint indicating that Defendant Michael A. Gomez was served in this action on August 1, 2024. Dkt. 7. Accordingly, Defendant Michael A. Gomez's response to the complaint was due on August 22, 2024.

Also on August 15, 2024, Plaintiff filed an affidavit of service of summons and complaint indicating that Defendant Guadalupe Castillo was served in this action on July 29, 2024. Accordingly, Defendant Guadalupe Castillo's response to the complaint was due on August 19, 2024.

None of the Defendants have responded to the complaint or otherwise appeared in this action.

Plaintiff is ordered to file a letter with proposed next steps in this action by September 4, 2024.

Dated: August 28, 2024
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

2