UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORA ELISA GARZON,

                Plaintiff,

-against-

BUILDING SERVICES INC., et al.,

                Defendants.

Case No. 1:24-cv-05429 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On August 15, 2024, Plaintiff filed an affidavit of service of summons and complaint indicating that Defendant Building Services Inc. was served in this action on July 24, 2024. Dkt. 6. Accordingly, Defendant Building Services Inc.'s response to the complaint was due on August 14, 2024.

Also on August 15, 2024, Plaintiff filed an affidavit of service of summons and complaint indicating that Defendant Michael A. Gomez was served in this action on August 1, 2024. Dkt. 7. Accordingly, Defendant Michael A. Gomez's response to the complaint was due on August 22, 2024.

Also on August 15, 2024, Plaintiff filed an affidavit of service of summons and complaint indicating that Defendant Guadalupe Castillo was served in this action on July 29, 2024. Accordingly, Defendant Guadalupe Castillo's response to the complaint was due on August 19, 2024.

None of the Defendants responded to the complaint or otherwise appeared in this action by their respective deadlines to do so. The Court therefore ordered Plaintiff to file a letter with proposed next steps by September 4, 2024. Dkt. 9. On September 4, 2024, Plaintiff filed a letter requesting that the Court grant the Defendants an extension of time to respond to the complaint. Dkt. 11. The Court thereafter granted Defendants' an extension of

1

time to respond to the complaint *nunc pro tunc* until September 18, 2024. Dkt. 11. It is now October 1, 2024, and still no Defendants have responded to the complaint or otherwise appeared in this action.

Plaintiff is hereby ORDERED to provide a further status update by October 8, 2024. Plaintiff shall serve a copy of this order on Defendants.

Dated: October 1, 2024
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge

2