UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORA ELISA GARZON,

                      Plaintiff,

-v-

BUILDING SERVICES INC., MICHAEL A. GOMEZ, AND GUADALUPE CASTILLO,

                      Defendants.

CIVIL ACTION NO. 24-CV-5429 (JLR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On July 2, 2025, I issued a Report and Recommendation ("R&R") in this matter. (ECF 29.)

By July 8, 2025, Plaintiff shall serve each Defendant with the R&R and file proof of service on the docket.

DATED:  July 3, 2025
             New York, New York

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge

1