**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DORA ELISA GARZON,

                           Plaintiff,                          24 **CIVIL** 5429 (JLR)

        -against-                                 **JUDGMENT**

BUILDING SERVICES, INC., MICHAEL A.
GOMEZ, and GUADALUPE CASTILLO,

                           Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 23, 2025, and Pursuant to 28 U.S.C. § 636(b) (1) and Federal Rule of Civil Procedure 72(b), the Court has reviewed the R&R for clear error. The Court finds that the report is comprehensive, well-reasoned, and free from clear error. The Court has therefore adopted Judge Tarnofsky's R&R in its entirety. See Qlay, 2024 WL 4769718, at *1; Ramos v. CJ Contractor Servs., Inc., No. 23-cv-00274 (JLR), 2024 WL 3952643, at *1 (S.D.N.Y. Aug. 27, 2024). Final judgment is entered in favor of Plaintiff and against Defendants as set forth below. Plaintiff Dora Eliza Garzon is awarded: a. compensatory damages in the amount of $19,167.00 (consisting of $6,768.00 in unpaid weekly wages; $11,208.00 in unpaid overtime premium wages; $1,191.00 in spread-of-hours premium wages); b. liquidated damages in the amount of $19,167.00; c. prejudgment interest in the amount of $3,864.07 as of July 2, 2025, with an additional $4.73 per day thereafter until the entry of final judgment, in the amount of $108.79; d. interest on late payments in the amount of $149.15; e. attorneys' fees and costs in the amount of $8,264.50; and f. post judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
        July 24, 2025

                                 **TAMMI M. HELLWIG**
                                    **Clerk of Court**

                                    K. Mango

        **BY:**                             **Deputy Clerk**